1

2

3

4

5

6

7

8                      IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10   JOSEPHINE C. LANIOHAN,

11          Plaintiff,                        CIV S-05-0021 DFL GGH

12      vs.

13   JO ANNE BARNHART,                        ORDER
     Commissioner of Social Security,
14
            Defendant.
15   _____/

16          On March 6, 2006, the magistrate judge filed findings and recommendations

17   herein which were served on the parties and which contained notice that any objections to the

18   findings and recommendations were to be filed within ten days.  No objections were filed.

19           Accordingly, the court presumes any findings of fact are correct.  See Orland v.

20   United States, 602 F.2d 207, 208 (9th Cir. 1999).  The magistrate judge's conclusions of law are

21   reviewed de novo.  See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir.

22   1983).

23          The court has reviewed the applicable legal standards and, good cause appearing,

24   concludes that it is appropriate to adopt the Proposed Findings and Recommendations in full.

25          Accordingly, IT IS ORDERED that:

26   /////

1       1. The Proposed Findings and Recommendations filed March 6, 2006, are

2   ADOPTED;

3       2. This action is dismissed without prejudice. <u>See</u> Local Rule 11-110; Fed. R.

4   Civ. P. 41(b).

5   DATED 6/8/2006

6

7

8                    DAVID F. LEVI

9                    United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26